445 A.2d 211

Commonwealth v. Greasel, Appellant.

Submitted February 8, 1982. Steven Kocherzat, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Judgment of sentence of the court below is affirmed.

---

445 A.2d 211

Commonwealth v. Green, Appellant.
Petition for Allowance of Appeal Denied Dec. 1, 1982.

Submitted September 11, 1980. Joseph A. Iovine, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.